UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

PARAGON COMPONENT SYSTEMS, LLC,

    Plaintiff,

v.

QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,

    Defendants.

Case No. 1:24 cv 00246-CEA-CHS

## **DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for **all Defendants**,

certify to the best of my knowledge and belief:

☒ My clients have no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4*.

☐ My client has the following parent corporation(s):

☐ The following publicly held corporation(s) own 10% or more of my client's stock:

/s/ Thomas G. Pasternak (by SRC w/perm.)
(Signature of Counsel)

September 23, 2024
(Date)