| Exhibit | Date | Description |
|---|---|---|
| 1 | 9/23/2024 | Affidavit: Kirk in support of Qualtim, CBI, and DrJ Engineering |
| 2 | 01/04-01/05 2017 | Agenda for Paragon/DrJ meeting in WI for Jan |
| 3 | 01/3 to 01/5 2017 | Employee Timesheet for organizing accommodations/itinerary for Paragon/DrJ meeting in WI |
| 4 | 09/13 to 09/14 2017 | Agenda for Paragon/DrJ meeting in WI |
| 5 | 5/29/2018 | Agenda for Simpson, Paragon, Clearspan & Qualtim/DrJ Meeting |
| 6 | 7/26/2023 | Paragon-Clearspan-Dr J Summit Prep Agenda |
| 7 | 08/07 to 08/11/2023 | Calendar Entry regarding Qualtim/Paragon Summit held in WI |
| 8 | 8/3/2023 | Entry on Qualtim Calendar regarding Summit - strategic session |
| 9 | 8/8/2023 | Paragon Software-Applied Load-Engineering Methodology Agenda |
| 10 | 8/8/2023 | NDA Signed by John Holland |
| 11 | 3/31/2009 | Clearspan invoice showing Qualtim's 50% share in costs |
| 12 | 7/31/2010 | Clearspan Detail - Qualtim's 50% share in costs |
| 13 | 9/17/2017 | IP-LLC, Paragon, DrJ relationship |
| 14 | 2/27/2024 | CCI Paragon Leg Stool |
| 15 | 9/23/2024 | Kirk Dec II for IP-LLC |
| 16 | 12/22/2022 | IP-LLC Operating agreement - Executed Copy |
| 17 | 9/23/2024 | Suzi Dec for IP-LLC |
| 18 | 9/20/2024 | Paragon- TN Secretary of State Record- Detailed view |
| 20 | 9/28/2024 | Paragon website that they are not an engineering company |
| 19 | 9/28/2024 | Truss pal website that they are not an engineering company |
| 21 | 10/4/2023 | Paragon-Clearspan-Qualtim -email TDD Sealed Engineering |
| 22 | 9/22/2024 | Qualtim TN SOS search result |
| 23 | 9/27/2024 | Mississippi SOS business record for Clearspan Components |