# EXHIBIT 23



This is not an official certificate of good standing.

### Name History

| Name | Name Type |
|---|---|
| CLEARSPAN COMPONENTS, INC. | Legal |

### Business Information

| | |
|---|---|
| **Business Type:** | Profit Corporation |
| **Business ID:** | 565497 |
| **Status:** | Good Standing |
| **Effective Date:** | 03/30/1983 |
| **State of Incorporation:** | Mississippi |
| **Principal Office Address:** | 6110 Old Hwy 80 West,  P.O. Box 4195 Meridian,  MS 39307 |

### Registered Agent

**Name**

CORPORATION SERVICE COMPANY
109 Executive Drive, Suite 3
Madison,  MS 39110

### Officers & Directors

| Name | Title |
|---|---|
| Daniel N. Holland<br>6110 Old Highway 80 West<br>Meridian,  MS 39307 | President |