IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PARAGON COMPONENT SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,<br><br>    Defendants. | Case No.: 1:24-cv-00246-CEA-CHS |

**PLAINTIFF'S MOTION FOR A LIMITED INITIAL JURISDICTIONAL DISCOVERY PERIOD AND TO STAY DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Paragon Component Systems, LLC moves this Court for an Order granting leave to conduct limited jurisdictional discovery for a 75-day period solely for the purposes of responding to the allegations of Defendants' Motion to Dismiss (Doc. 21), and to stay the current deadline to respond to the Motion until 30 days after the completion of this limited initial jurisdictional discovery period. In support of its Motion, Plaintiff files a Memorandum of Law herewith. Plaintiff has conferred with Defendants, who oppose the relief sought by this motion. Respectfully submitted this 24th day of October, 2024.

                                                      */s/ James T. Williams*
                                                    James T. Williams, TN BPR 16341
                                                    Robert F. Parsley, TN BPR 23819
                                                    Erin E. Steelman, TN BPR 38463
                                                    MILLER & MARTIN PLLC
                                                    832 Georgia Avenue, Suite 1200
                                                    Chattanooga, TN 37402-2289
                                                    James.Williams@millermartin.com
                                                    Bob.Parsley@millermartin.com
                                                    Erin.Steelman@millermartin.com

1

Stephen Kabakoff, GA Bar No. 143164
*appearing pro hac vice*
MILLER & MARTIN PLLC
1180 W. Peachtree Street, NW
Suite 2100
Atlanta, Georgia 30309
Telephone: (404) 962-6100
Stephen.Kabakoff@millermartin.com

***Attorneys for Plaintiff Paragon Component Systems, LLC***

## CERTIFICATE OF SERVICE

I certify that on October 24, 2024 a copy of the foregoing Plaintiff's Motion for a Limited Initial Jurisdictional Discovery Period and to Stay Deadline to Respond to Defendants' Motion to Dismiss is being served on all counsel of record by electronically filing it via the Court's filing system.

MILLER & MARTIN PLLC

*/s/ James T. Williams*
James T. Williams, TN BPR 16341
Robert F. Parsley, TN BPR 23819
Erin E. Steelman, TN BPR 38463
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
James.Williams@millermartin.com
Bob.Parsley@millermartin.com
Erin.Steelman@millermartin.com

***Counsel for Plaintiff Paragon Component Systems, LLC***

3

27940602v2
Case 1:24-cv-00246-CEA-CHS   Document 36   Filed 10/24/24   Page 3 of 3   PageID #: 350