# EXHIBIT A



# KIRK GRUNDAHL

**September 2024 Update**

**EDUCATION**
B.S. Civil Engineering, University of Wisconsin – Madison, 1978
Master of Business Administration, University of Wisconsin - Madison, 1982
Both degrees conferred with honors.

**PROFESSIONAL LICENSE NUMBERS BY STATE**

1. Alabama No. 32312-E
2. Arizona No. 53953
3. Arkansas No. 15265
4. Colorado No. 46327
5. Connecticut No. PEN0030239
6. Delaware No. 19645
7. District of Columbia No. PE907683
8. Florida No. P.E. 73618
9. Georgia No. PE036976, SE000611
10. Idaho No. 15971
11. Illinois No. 062.066461
12. Indiana No. PE11200275
13. Iowa No. 21238
14. Kansas No. 22286
15. Kentucky No. 28818
16. Louisiana No. 36933
17. Maine No. 13540
18. Maryland No. 41764
19. Massachusetts No. 52451
20. Michigan No. 6201058751
21. Minnesota No. 50149
22. Mississippi No. 20820
23. Missouri No. PE-2012002145
24. Montana No. 26935
25. Nebraska No. E-14421
26. New Hampshire No. 14512
27. New Jersey No. 24GE05279700
28. New Mexico No. 21142
29. New York No. 090221-1
30. North Carolina No. 038789
31. North Dakota No. PE-7439
32. Ohio No. 76566
33. Oklahoma No. PE, SE 27836
34. Oregon No. E-87097PE
35. Pennsylvania No. PE084281
36. Rhode Island No. PE.0011331
37. South Carolina No. 30117
38. South Dakota No. 11284
39. Tennessee No. 117734
40. Texas No. 110981
41. Utah No. 9040762-2202
42. Vermont No. 107029
43. Virginia No. 0402050554
44. Washington No. 49576
45. West Virginia No. 20789
46. Wisconsin No. 22291
47. Wyoming No. 14481

**STRUCTURAL ENGINEERING CERTIFICATION BOARD (SECB)**
Kirk Grundahl is certified in the practice of structural engineering through a review of structural engineering qualifications by the Structural Engineering Certification Board (SECB). The Structural Engineering Certification Board was formed to identify those professional engineers with the additional education, experience, and skills that are particular to the practice of Structural Engineering. By submitting to the certification process, an engineer has demonstrated the unique qualities necessary to be certified in the practice of Structural Engineering.

**BOARD OF DIRECTORS/COMMITTEE RELATIONSHIPS -- ASSOCIATIONS AND PRIVATE COMPANIES**

Have worked with the following groups, current and past:
1. American Forest & Paper Association/ American Wood Council (AWC) since 1983
2. American Institute of Timber Construction since 1983
3. American Lumber Standard Committee Incorporated, 2007 to 2020
4. American Society of Civil Engineers/ Member Committee on Wood since 1983
5. American Iron and Steel Institute (AISI) since 2000
6. Applied Building Technology Group since 2013
7. Canadian Wood Council since 1990

   

THE QUALTIM FAMILY OF BRANDS
*Where building innovation thrives.*

8. Cold-Formed Steel Council (CFSC) since 2007
9. Cold-Formed Steel Engineers Institute (CFSEI) since 1997
10. Engineered Wood Products Association (EWPA) 1997 -- 2012
11. Foam Sheathing Coalition/Foam Sheathing Committee (FSC) since 2007
12. International Code Council 2005-2011
13. International Hardwood Products Association since 1983
14. MSR Lumber Producers Council (Machine Stress Rated Lumber) since 1995
15. National Fire Protection Association since 1983
16. National Framers Council (NFC) since 2013-2020
17. Polyisocyanurate Insulation Manufacturers Association (PIMA) since 2012
18. SBC Foundation 2000-2020
19. Southern Forest Products Association since 1990
20. Steel Framing Alliance since 2000
21. Steel Truss and Components Association (STCA) 2003 – 2007
22. Structural Building Components Association and Industry since 1989 to 2020
23. Structural Component Distributors Association (SCDA) 2003 – 2007
24. Truss Plate Institute since 1982
25. Truss Publications, Inc. since 1999 to 2020
26. Trussed, Inc. 2003-2020
27. Western Wood Products Association since 1990
28. Wood Products Promotion Council since 1990

**PROFESSIONAL STRUCTURAL ENGINEERING ACTIVITIES**

International Building Code Structural Committee Member
- January 1, 2005 to 2011

Authored the Fire Performance of Lightweight Building Component Construction: A Literature Compilation and Technical Analysis, for the National Fire Protection Research Foundation, July 1992.

Code Development (1995 to Present)
- Author of code changes for the International Building Code
- Author of code changes for the International Residential Code
- Author of code changes for the Florida, North Carolina, Wisconsin, California, etc. Residential Code
- Author of code changes for the Florida, North Carolina, Wisconsin, California, etc. Building Code
- Monitor and provide local code change proposal comments and code change proposals.

National Council of Structural Engineers Association
- General Engineering Subcommittee Participant
- IBC and IRC Code Development Collaboration Participant

Truss Plate Institute
- ANSI/TPI 1-1995, 2002, 2007 and 2014 National Design Standard for Metal Plate Connected Wood Trusses Project Committee Participation and Development.
- Key participant in the development of WTCA 1-1995, Standard Responsibilities in the Design Process Involving Metal Plate Connected Wood Trusses.
- Lead developer/participant with respect to origin and updates of Chapter 2 of the ANSI/TPI 1-2002, 2007 and 2014 consensus standard, Standard Responsibilities in the Design Process Involving Metal Plate Connected Wood Trusses.
- Lead developer/participant with respect to origin and updates of Chapter 3 of the ANSI/TPI 1 1995, 2002, 2007 and 2014 consensus standard, Quality Criteria for the Manufacture of Metal Plate Connected Wood Trusses.

Department of Housing and Urban Development (HUD)
- Member of the Industry Steering Committee for the Partnership for Advancing Technology in Housing (PATH)
- Author of the concepts for the HUD Certified Framer program

NAHB and NAHB Research Center (now Home Innovation Research Laboratory)
- Responsible for the Framing the American Dream project at the International Builder's Show in 1996 and 1997.
- Participant in the Building Products Issues, Building Systems Council, Construction Codes and Standards, Construction Safety & Health, Education, Home Builders Institute and NAHB Research Committees.
- Perform joint code analysis and code change proposals with NAHB for the IBC and IRC hearings.
- Personal relationships with several NAHB Past Presidents
- Founding member of the National Housing Quality Advisory Council.

American Iron and Steel Institute Committee on Framing Standards (COFS)
- General Provisions Subcommittee
- Truss Subcommittee
- Prescriptive Methods Subcommittee
- Code of Standard Practice Subcommittee
- Standard Practices Subcommittee

American Society of Testing Materials
- Committee C01 on Cement
- Committee C09 on Concrete and Concrete Aggregates
- Committee C11 on Gypsum and Related Building Materials and Systems
- Committee C16 on Thermal Insulation
- Committee C24 on Building Seals and Sealants
- Committee D07 on Wood
- Committee E05 on Fire Standards
- Committee E06 on Performance of Buildings
- Committee E50 on Environmental Assessment, Risk Management and Corrective Action

**PUBLICATIONS**

Articles of interest will be found on the following websites: 1) https://www.sbcmag.info/news/industry, 2) https://www.sbcmag.info/archives, 3) https://sbcindustry.com/raw-material-design-values, 4) https://sbcindustry.com/research-reports, 5) https://sbcindustry.com/technical, 6) https://sbcindustry.com/building-codes-standards and 7) https://sbcindustry.com/sbca-standards-development.

**PROFESSIONAL AFFILIATIONS**
- American Forest & Paper Association — American Wood Council
- American Institute of Timber Construction (association operations closed)
- American Iron and Steel Institute
- American Lumber Standard Committee Incorporated
- American Society of Civil Engineers
- American Society of Heating, Refrigerating and Air-Conditioning Engineers
- American Society of Testing Materials
- APA- the Engineered Wood Association
- Canadian Wood Council
- Chi Epsilon Honorary Civil Engineering Society
- Foam Sheathing Committee
- International Hardwood Products Association
- National Association of Home Builders
- National Fire Protection Association
- National Council of Structural Engineers Association
- National Society of Professional Engineers
- Polyisocyanurate Insulation Manufacturers Association
- Southern Forest Products Association

- Steel Framing Alliance
- Structural Building Components Association
- Truss Plate Institute
- Western Wood Products Association
- West Coast Lumber Inspection Bureau
- Wood Products Promotion Council

**EMPLOYMENT HISTORY**

**President**
**Qualtim, Inc.**
**January 1989 to Present**

Qualtim, Inc. was founded to provide technical/marketing services to the engineered wood products industry. This includes experience in design, structural testing, engineering, product development, quality assurance, fire endurance testing, and code acceptances. Our marketing experience includes market research, brochure/advertising development, sales potential analysis, and business pro forma analysis. Website location is https://www.qualtim.com/.

This work includes ownership of the following organizations that are dedicated to serve specific market segments:

- DrJ Engineering, LLC (https://www.drjengineering.org/)
- Center for Building Innovation (https://www.cbitest.com/)
- Pushing7 (https://www.pushing7.com/)

**Director**
**Applied Building Technology Group (ABTG)**
**2013 to Present**
A member of the Board of Directors and management team of this Qualtim joint Venture with Applied Residential Engineering Services (ARES).

**General Manager**
**MSR Lumber Producers Council (MSR LPC)**
**2008 to Present**
Under a Qualtim contract to be responsible for the management of MSR LPC.

**Executive Director**
**Structural Building Components Association**
**August 1992 to July 2020**
Under a Qualtim contract to be responsible for the entire management of SBCA and each of its councils.

**Director of Technical Services**
**Structural Building Components Association**
**January 1990 to August 1992**
Under a Qualtim contract to be responsible for representing SBCA in all technical activities of interest to the association.

**Executive Director**
**Engineered Wood Products Association (EWPA)**
**2005 to 2012**
Under a Qualtim contract to be responsible for the entire management of EWPA.

**Technical Representative**
**Trus Joist Corporation**
**July 1987 to January 1989**
General Responsibilities: Development of educational seminars directed toward design professionals and builder/contractors; market development of the product line through seminars, design manual improvements and new brochures; direct sales of the product line through architectural specification; Resident fire endurance system and code compliance expert; consultation with the Midwest Technical Representatives on any product application-related issue.

Major Accomplishments: 1. Developed the first-ever calculated engineered wood component fire endurance assembly through UL (UL L538 - 2 Hour). 2. Gave engineered product seminars to more than 500 design professionals over nine session. 3. Gave fire endurance seminars to more than 200 professionals over two sessions. 4. Sold $187,000 worth of I-joists, Micro-lam, and related hangers into one major project. Involved in the specification of Trus Joist products in six projects with product valued at over $650,000 in 1988.

**VP International Division/Director Customer Services/Director of Technical Services**
**PFS Corporation**
**August 1983 to July 1987**
General Responsibilities: Performed or reviewed the testing aspect of product certification. Marketed all domestic engineered wood component testing and certification programs through advertising and direct sales techniques. Prepared all new contracts. Developed all facets of the international business: initial concept, strategic plan, market development, contracts, budgeting, etc.

Major Accomplishments: 1. Established the first presence by any certification organization for hardwood plywood in Indonesia and Taiwan. 2. Prepared the baseline testing and certification program for the Ecuador Wood Products Industry. Also provided recommendations for the development of a forest products research facility there. 3. Was hired to increase sales of wood component side of PFS business. Sales grew from roughly $200,000 per year in 1984 to $817,000 in 1987 for testing and certification contracts. 4. Was directly involved in writing certification contract for yearly revenue of $208,200. Was directly involved in testing contracts totaling more that $330,000 over three years. 5. Witnessed and wrote the test reports for over 15 ASTM E-119 fire endurance tests on structural wood systems. Involved in over 30 tests of this type. 6. Performed professional engineering inspections for Trus Joist Corporation at each of their manufacturing facilities. Also worked closely with the wood products and metal connector plate divisions of Gang-Nail Systems, Inc.

**Research and Development**
**Truswal Systems Corporation**
**July 1982 to May 1983**
General Responsibilities: Upgrading all tested values of all proprietary metal plate connector products. Prepared results for model code acceptance. Performed fundamental research for all new products under consideration.

Major Accomplishments: 1. Development the product concept and test program for the Trusgard Fire Protection System patented by Truswal. 2. Obtained new code acceptances for all proprietary metal connector plate products.

**Technician**
**Forest Products Laboratory**
**May 1980 to July 1982**
General Responsibilities: Prepared computer programs for the professional engineering staff for a variety of research projects.

Major Accomplishments:  Received a certificate of merit for performance exceeding the requirements of the job.

**Staff Engineer**
**P.H. Bowman Company**
**September 1978 to January 1980**
General Responsibilities: Product research and development. General staff engineering assignments.
Major Accomplishments: 1. Developed, tested, and obtained code acceptance of two new truss plates: the G-20 and G-16. Both plates were patented by P.H. Bowman Company.