U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

☑ MOTION HEARING
☐ PRETRIAL CONFERENCE
☐ OTHER

Case No: **1:24-CV-246**    **Paragon Component Systems, LLC** v. **Qualtim, Inc., et al**

PRESENT: Honorable **Christopher H. Steger**    ☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

**Erin Steelman**
Attorney(s) for Plaintiff(s)

**Robert Parsley/James Williams**
Attorney(s) for Plaintiff(s)

**Mayville La Rosa**
Attorney(s) for Defendant(s)

**Michael Bradford**
Attorney(s) for Defendant(s)

**Kelli Jones**
Courtroom Deputy

**Digital Recording 1B**
Court Reporter

PROCEEDINGS:
Hearing held on motion for leave to file document under seal (#29) - DENIED. An Order shall enter.

TESTIMONY BY: _____

TRIAL SET: _____

Time: **2:00** to **3:00**        Date: **11/13/24**

_____ to _____
_____ to _____
_____ to _____

REV 7/14