IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PARAGON COMPONENT SYSTEMS, LLC, </br></br> Plaintiff, </br></br> v. </br></br> QUALTIM, INC., et al., </br></br> Defendants. | JUDGE CHARLES E. ATCHLEY, JR. </br></br> CIVIL ACTION NO.: </br> 1:24-CV-00246-CEA-CHS |

## DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, AND FAILURE TO JOIN NECESSARY PARTIES, OR ALTERNATIVELY, TO TRANSFER VENUE

Pursuant to Rules 12(b)(2), 12(b)(3), and 12(b)(7) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1406(a), Defendants Qualtim, Inc., Center for Building Innovation, LLC ("CBI"), DrJ Engineering, LLC, Inspired Pursuits, LLC, Kirk Grundahl, and Suzanne Grundahl (collectively, "Defendants"), through undersigned counsel, hereby move to dismiss the Complaint of Plaintiff Paragon Component Systems, LLC's for lack of personal jurisdiction, improper venue, and failure to join necessary parties, or alternatively, to transfer this matter to the Western District of Wisconsin.

The Complaint, supporting brief, and declarations attached to this motion establish that personal jurisdiction does not exist over Defendants in Tennessee for a variety of reasons, including the fact that Defendants' activities at issue in this case took place in Wisconsin – and not Tennessee. Thus, this action should be dismissed. For related reasons, dismissal is proper and warranted because of improper venue and failure to join necessary parties. Alternatively, again based upon Defendants' activities in Wisconsin (and not Tennessee), this action should be transferred to the Western District of Wisconsin.

By: s/Mayville Larosa
Mayville La Rosa *(pro hac vice)*
Law Office of Mayville La Rosa, Esq.
718 Sugar Maple Lane
Verona, WI 53593
Phone: (608) 800-7353
mlarosa@kfinnovations.com

Michael J. Bradford, BPR #22,689
LUEDEKA NEELY, P. C.
900 South Gay Street, Suite 1504
P.O. Box 1871
Knoxville, TN 37901-1871
Phone: 865-546-4305
mbradford@luedeka.com

*Attorneys for Defendants*

## CERTIFICATION

Pursuant to this Court's Order issued on July 24, 2024 entitled "Order Governing Motions to Dismiss" (R. Doc. 4), the undersigned attorney gives notice to this Court and certifies that prior to filing this Motion, he has conferred with counsel for Plaintiff to determine whether an amendment to the Complaint could cure the deficiency, and after conferring, the parties have been unable to agree that the Complaint is curable by a permissible amendment or dismissal.

By: s/Michael J. Bradford
Michael J. Bradford, BPR #22,689
LUEDEKA NEELY, P. C.
900 South Gay Street, Suite 1504
P.O. Box 1871
Knoxville, TN 37901-1871
Phone: 865-546-4305
mbradford@luedeka.com

Mayville La Rosa *(pro hac vice)*
Law Office of Mayville La Rosa, Esq.
718 Sugar Maple Lane
Verona, WI 53593
Phone: (608) 800-7353
mlarosa@kfinnovations.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/Michael J. Bradford<br>
Michael J. Bradford