Exhibit 8 Page 1

# Exhibit 8



Exhibit 8 Page 2
Dan Holland <danhclearspan@gmail.com>

# Invoice from Qualtim

**Suzi Grundahl** <sgrundahl@qualtim.com>									Wed, Dec 15, 2021 at 8:22 AM
To: "Dan Holland (danh@clearspaninc.com)" <danh@clearspaninc.com>, "Dan Holland (Gmail)" <danhclearspan@gmail.com>

Hi Dan,

I talked with Kirk last night and he is in agreement with our recommendation so here is our invoice for support of Paragon software development. Let me know if you would like me to make any edits to the description of services.

We appreciate you so much!!

Thanks,

Suzi

Suzi Grundahl
608-310-6710 desk | 608-217-3712 cell
sgrundahl@qualtim.com



*Proud to be part of a family of brands where building innovation thrives!*

  

6300 Enterprise Lane | Madison, WI 53719

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly prohibited to share any part of this message with any third party, without a written consent of the sender.*


**2112 Clearspan Invoice.pdf**
73K

Exhibit 8 Page 4



6300 Enterprise Lane | Madison, WI 53719 | 608-271-1176 | qualtim.com

Invoice #70624
Dec. 15, 2021

Mr. Daniel Holland
Clearspan Components, Inc.
PO Box 4195
Meridien, MS 39304-4195

**Consulting re: Paragon Software Development**

Engineering Support for Paragon Software Development           **TOTAL (US$): $262,847.00**

Please make checks payable to Qualtim, Inc.
Federal Tax ID: [Redact]5714

