# EXHIBIT 2





# Franchise Tax Account Status
As of : 12/13/2024 11:41:45

This summary page is designed to satisfy standard business needs. If you need to reinstate or terminate a business with the Texas Secretary of State, you must obtain a certificate **specific to that purpose.**

| INSPIRED PURSUITS, LLC | |
|---|---|
| Texas Taxpayer Number | 32063792421 |
| Mailing Address | 1415 LOUISIANA ST FL 22 HOUSTON, TX 77002-7344 |
| ❓ Right to Transact Business in Texas | FRANCHISE TAX INVOLUNTARILY ENDED <br> Request tax clearance to reinstate entity |
| State of Formation | TX |
| SOS Registration Status (SOS status updated each business day) | INACTIVE |
| Effective SOS Registration Date | 05/18/2017 |
| Texas SOS File Number | 0802726057 |
| Registered Agent Name | BARTT G. THOMPSON |
| Registered Office Street Address | 1415 LOUISIANA, 22ND FLOOR HOUSTON, TX 77002 |