# EXHIBIT 6

# Award Recipients

## HALL OF FAME

Each year at BCMC, SBCA inducts a member(s) into the Hall of Fame. Each recipient is selected for this honor by the vote of industry peers and is recognized as contributing significantly to the advancement of SBCA and the component industry.

⊕ 2020 – 2024

⊕ 2010 – 2019

⊖ 2000 – 2009

**2009**

**Dan Holland**
Clearspan Components, Inc. (Deceased)

**2008**

**Scott Arquilla**
Best Homes, Inc. (Retired)

**2007**

**Michael Ruede**
A-1 Roof Trusses

**2006**

**Kent Pagel**
Pagel, Davis & Hill, P.C.

**2006**

**John Meeks P.E.**
(Retired)

**2005**

**Suzi Grundahl**
Qualtim, Inc.

**2004**

**Richard W. Brown**
Truss Systems, Inc. (Retired)

**2004**

**Andy Schwitter**
Alpine (Retired)

**2003**

**Merle Nett**
Richco Structures (Retired)

**2002**

**Koss Kinser**
Kintec LLC (Deceased)

**2001**

**Bernie Boilen**
Bemax, Inc. (Deceased)

**2000**

**Thomas J. Manenti**
MiTek, Inc.

⊖ 1990 – 1999

**1999**


**1998**


**1997**


**1996**


**1995**


**1995**


Case 1:24-cv-00246-CEA-CHS    Document 54-6    Filed 12/17/24    Page 2 of 3
PageID #: 817

| | | | | | |
|---|---|---|---|---|---|
| **John R. Herring** A-1 Roof Trusses | **Bob Ward** Southern Components | **Kirk Grundahl** Qualtim, Inc. | **Lee Vulgaris** Reliable Truss (Retired) | **Don Hershey** Alliance TruTrus, LLC (Deceased) | **Bill McAlpine** Alpine Engineered Products (Deceased) |
| **1994** | **1993** | **1992** | **1991** | **1991** | **1990** |
| **Michael Conforti** MiTek, Inc. (Deceased) | **Tom Carbeck** Universal Building Components (Deceased) | **Rip Rogers** Trussway (Retired) | **John Mannix** Rudnik & Wolfe (Former WTCA Legal Counsel) | **Bill Alcorn** Wood Structures (Retired) | **Leonard Sylk** Shelter Systems Group (Retired) |
| **1990** | | | | | |
| **George Eberle** Lumbermate (Deceased) | | | | | |

➕ 1980 - 1989

# DICK BOWMAN INDUSTRY ENTHUSIAST AWARD

This award honors an individual(s) from a SBCA supplier member company who, over the years, has supported BCMC and the structural building components industry with enthusiasm and integrity in an unselfish and positive manner.

➕ 2020 - 2024

➕ 2010 - 2019

➕ 2000 - 2009

# SBCA INDUSTRY LEADERSHIP AWARD

This award was established to honor individuals who have helped nurture, support and grow the structural building components industry as a whole with their vision, innovation and creativity.

➕ 2020 - 2024