# EXHIBIT 7

Home (/) 〉 SBCA Calendar (/calendar/month)
〉 Building Component Manufacturers Conference (BCMC) (/news/2016/oct/building-component-manufacturers-conference-bcmc)

# BUILDING COMPONENT MANUFACTURERS CONFERENCE (BCMC)

**Date:** Tue, Oct 18 2016 12:00am to Fri, Oct 21 2016 11:45pm (CDT)

Knoxville, TN

Registration information to come.


(/print/1098)

## NAVIGATE

About (/about)

Membership (/membership)

Education & Events (/education-events)

Training & QC Programs (/training-qc-programs)

Resources & Tools (/resources)

Contact Us (/contact)

## CONTACT

608-274-4849
Contact SBCA (/contact)

2701 E. Grauwyler Rd.
Building 1, DPT#1026
Irving, TX 75061

## CONNECT

 (https://www.linkedin.com/company/structural-building-components-association/)  (https://www.youtube.com/channel/UCp4TMjsuPH1PTgQLVzk3HMA)  (https://www.facebook.com/SBCIndustry)

## FEEDBACK

SBCA appreciates your input and continually seeks to improve the value we provide our members. If you have any

## SEARCH

search sbcindustry.com

comments or feedback, please contact us (/contact) and we will follow up with you.

**Not Finding what your looking for?**
Try using quotation marks to search for an exact match.

Contact Us (/contact)

© 2024 SBCA (http://sbcindustry.com). All rights reserved.