# EXHIBIT 8



| Meridian, Mississippi to Chattanooga, Tennessee | Drive 293 miles, 4 hr 19 min |



Map data ©2024 Google, INEGI    20 mi

| 🚗 | via I-59 N | 4 hr 19 min |
|---|---|---|
| | Fastest route, the usual traffic | 293 miles |
| | ⚠️ Your destination is in a different time zone. | |

| 🚗 | via I-20 E/I-59 N and I-59 N | 4 hr 19 min |
|---|---|---|
| | | 295 miles |

### Explore new places along this route
Add suggested stops

**Birmingham Museum of Art**
4.8 (2,440)

**Alabama Museum of Natural History**
4.5 (271)

**Gadsden Museum of Art**
4.7 (98)



| Chattanooga, Tennessee to Knoxville, Tennessee | Drive 112 miles, 1 hr 47 min |



Map data ©2024 Google    10 mi

| | via I-75 N | 1 hr 47 min |
|---|---|---|
| | Fastest route, the usual traffic | 112 miles |

| | via US-27 N and I-40 E | 2 hr 6 min |
|---|---|---|
| | | 117 miles |

| | via I-75 N and US-129 N | 2 hr 26 min |
|---|---|---|
| | | 125 miles |

## Explore Knoxville

Restaurants    Hotels    Gas stations    Parking Lots    More