# EXHIBIT 9

Overview of BCMC Build
1. https://sbcindustry.com/mission
2. https://www.youtube.com/watch?v=XJQphxie_FI

Dan Holland starts BCMC Build with Qualtim Staff
https://www.sbcacomponents.com/media/industry-mourns-passing-of-clearspan-components-dan-holland



# Industry Mourns Passing of Clearspan Components' Dan Holland

in Industry News

**Originally Published by:** SBCA Magazine — January 19, 2024
SBCA appreciates your input; please email us if you have any comments or corrections to this article.



With great sadness, SBCA shares that Dan Holland, 61, died suddenly at his home in Daleville on January 17, 2024, the day before his 62nd birthday.

Dan was president of Clearspan Components, Inc., in Meridian, and a significant and selfless contributor to his industry and the association. He served as president of SBCA in 2004, at a time when the industry was growing very rapidly on the housing market boom. His calm demeanor and thoughtful insight helped steer the organization down a solid path that helped it survive the prolonged housing downturn.

Dan's relationship with his Senator during that time, Trent Lott (R-MS), also played a significant role in the softwood lumber trade dispute between the U.S. and Canada in the early 2000s. In a meeting with the then Senate Majority Leader, Dan and a group of his fellow component manufacturers convinced Lott that the dispute and subsequent U.S. trade protections, had a negative impact on the industry and the broader U.S. economy. That conversation led to the abolition of the Byrd Amendment, which paved the way for a lasting trade agreement.

Dan was also humble. When he was inducted into SBCA's Hall of Fame in 2009, he joked that he'd now have to do something noteworthy to keep his award. He promptly convinced an industry in the depths of the Recession to start a major charity event, BCMC Build.

Dan said he thought a charitable event would unite people toward a common, positive goal, and potentially appeal to people who wouldn't attend BCMC otherwise. "The show has typically been very machine-focused. I don't think that's enough anymore, especially during a time when the industry wasn't expanding a whole lot," Dan said of his motivation. "There's a strong need to reach out to people who feel they don't have a reason to come to the show."

https://componentadvertiser.com/in-our-pages/library/good-fun-for-good-causes



ADVERTISER FORUM
# Good Fun for Good Causes
Issue #09202 – May 2016 | Page #10

‹ Back to Library

### By Anna L. Stamm

SBCA Chapters will always hold a special place in my heart and I love an opportunity to sing their praises. Well, the Truss Manufacturers Association of Texas, a.k.a. TMAT, has really done something worth praising – it just raised a bucket of money for charity!

## Showing Texas Pride

In the meeting announcement, TMAT President Kevin Walker encouraged everyone to show their Texas pride and participate in the April golf tournament and fundraiser. Not only are TMAT golf tournaments a great opportunity to combine business and pleasure, this one also promised to donate all of its proceeds to the 2016 BCMC Build with Operation Finally Home. This October in Knoxville, TN, a veteran will be receiving a house, thanks to our industry.

TMAT's contribution from this golf tournament: **$18,000**.

## Camaraderie and Community

In addition to the good cause in April, TMAT tournaments are a heck of a lot of fun! Where else does one team's members have the honor of receiving the Dead Ass Last trophies? Sure, winning is nice, but losing isn't so bad when you're enjoying yourself.

If you're a golfer and you're passing through Texas in the spring or fall, try to schedule your trip around a TMAT golf tournament. Even when it's not for charity, you'll have a good meal and some great conversations.

