# EXHIBIT 10

**From:** Dan Holland
**Sent:** Saturday, November 12, 2016 8:31 AM
**To:** Kirk Grundahl <kgrundahl@qualtim.com>
**Subject:** Fwd: Eagle bath time

These pictures were taken by Lisa from our kitchen window. We live in a wonderful neighborhood.

---------- Forwarded message ----------
From: "Lisa Holland" <lisa.mcrae.holland@gmail.com>
Date: Nov 11, 2016 2:28 PM
Subject: Eagle bath time
To: "john" <thomas.holland.john@gmail.com>, "James" <jholland7321@gmail.com>, "Ηρώ" <argirokont@gmail.com>, "Dan Holland" <danh@clearspaninc.com>
Cc:

Sent from my iPhone

1


Case 1:24-cv-00246-CEA-CHS	Document 54-10	Filed 12/17/24	Page 3 of 7
PageID #: 830


Case 1:24-cv-00246-CEA-CHS   Document 54-10   Filed 12/17/24   Page 4 of 7
PageID #: 831





