# EXHIBIT 11

Case 1:24-cv-00246-CEA-CHS    Document 54-11    Filed 12/17/24    Page 1 of 2
PageID #: 835

**From:** Dan Holland (via Google Drive) [mailto:danhclearspan@gmail.com]
**Sent:** Thursday, September 17, 2015 11:07 AM
**To:** Kirk Grundahl <kgrundahl@qualtim.com>
**Subject:** goldbevel.jpg

Dan Holland has shared the following image:

goldbevel.jpg

What do you think?

Open



Google Drive: Have all your files within reach from any device.