# EXHIBIT 12

|       | Start              | Description |
|-------|--------------------|-------------|
| Keith | 11/15/2021 7:00    | Travel to Weavercooke. Discussions with Jan on Rental car. |
| Keith | 11/15/2021 10:10   | Meeting with Mark Koenig. |
| Keith | 11/15/2021 11:40   | Travel and Meeting with Michael Moore. |
| Keith | 11/15/2021 14:40   | Travel and meeting with Tim Hash. Travel. |
| Keith | 11/15/2021 17:42   | Update with Keith, Kirk. |
| Keith | 11/16/2021 7:30    | Travel and meeting with Paragon. |
| Keith | 11/17/2021 8:05    | Discussion with Dan, Keith on plan set and deliverable. |
| Keith | 11/17/2021 8:17    | Discussion with Dan, Keith on his visits with WeaverCooke, Michael Moore, and Paragon. |
| Keith | 11/17/2021 8:21    | Travel to plant. |
| Keith | 11/17/2021 9:10    | Introductions with staff. Inspection. |
| Keith | 11/17/2021 11:30   | General discussion on company and sales. |
| Keith | 11/17/2021 13:40   | Travel. |
| Keith | 11/17/2021 15:30   | Weekly BD Meeting. |
| Keith | 11/17/2021 16:00   | Travel. |
| Keith | 11/18/2021 8:00    | Travel. |
| Keith | 11/18/2021 12:40   | Travel. |

| End | Unit Cost | Total Time | Text113 | OverlapError | CSMID | Text162 | DrJCompany | DrJINumber |
|---|---|---|---|---|---|---|---|---|
| 11/15/2021 10:10 | | 3.17 | kh | x | 38089 | 0% | | |
| 11/15/2021 11:40 | | 1.5 | kh | x | 38089 | 0% | | |
| 11/15/2021 14:40 | | 3 | kh | x | 37947 | 0% | | |
| 11/15/2021 17:42 | | 3.03 | kh | x | 38089 | 0% | | |
| 11/15/2021 18:19 | | 0.62 | kh | x | 38089 | 0% | | |
| 11/16/2021 17:30 | | 10 | kh | X | 26139 | 0% | | |
| 11/17/2021 8:17 | | 0.2 | kh | X | 37512 | | | |
| 11/17/2021 8:21 | | 0.07 | kh | | 34455 | 0% | | |
| 11/17/2021 9:10 | | 0.82 | kh | X | 36896 | | | |
| 11/17/2021 11:30 | | 2.33 | kh | X | 36896 | | | |
| 11/17/2021 13:40 | | 2.17 | kh | x | 37868 | 0% | | |
| 11/17/2021 15:30 | | 1.83 | kh | X | 36896 | | | |
| 11/17/2021 16:00 | | 0.5 | kh | | 34455 | 0% | | |
| 11/17/2021 21:00 | | 5 | kh | X | 36896 | | | |
| 11/18/2021 12:40 | | 4.67 | kh | X | 36896 | | | |
| 11/18/2021 16:30 | | 3.83 | kh | x | 38089 | 0% | | |