# EXHIBIT 13



0

# MEMBERS

## PLATE MANUFACTURER MEMBERS

Plate Manufacturer Members are truss plate manufacturers engaged in manufacturing, selling, and distributing metal connector plates for the wood truss industry.  In addition, nearly all plate manufacturers offer professional engineering services and plant layout support. Most plate manufacturers provide design software and manufacture and/or broker truss/component assembly machinery.  Plate Manufacturer Members are required to maintain building code or other appropriate agency approval for their metal connector plates in all states in which they sell metal connector plates. They must employ or retain the services of a registered professional engineer knowledgeable about metal connected wood trusses and agrees to contribute engineering expertise to and participate in TPI technical programs. If the engineer is retained, the engineer must be an Associate Member of TPI in good standing and comply with all applicable laws and regulations governing its business and engineering activities.  Each TPI Plate Manufacturer Member appoints a representative to serve as a TPI Board of Directors member on their behalf.  The current TPI Plate Manufacturer Members are listed below.

Case 1:24-cv-00246-CEA-CHS    Document 54-13    Filed 12/17/24    Page 2 of 5
                                PageID #: 841



0

**Cherokee Metal Products, Inc.**
[www.masengills.com](www.masengills.com)
Morristown, TN
(423) 586-7831

**Eagle Metal Products**
[www.eaglemetal.com](www.eaglemetal.com)
Dallas, TX
(800) 521-3245

**Alpine, an ITW Company**
[www.alpineitw.com](www.alpineitw.com)
Glenview, IL
(800) 521-9790

**MiTek Inc.**
[www.mii.com](www.mii.com)
Chesterfield, MO
(314) 434-1200

**Simpson Strong-Tie Co., Inc.**
[www.strongtie.com](www.strongtie.com)
Pleasanton, CA
(800) 925-5099

## ASSOCIATE MEMBERS

Associate Members are firms, partnerships, or corporations engaged in the business of supplying products, equipment, machinery, or services generally used in the fabrication or use of metal connector plates and metal-plate-connected wood trusses. ([Learn More](Learn More))

**ASSOCIATE MEMBER APPLICATION**

### Dansco Engineering
Kevin Harold, P.E.
Apollo Beach, FL
(813) 645-0166

### P.E. Robbins, Inc.
Ed Robbins, P.E.
Victoria, IL
(309) 240-6424

### Frank E. Woeste, P.E., Professor Emeritus
Blacksburg, VA

Case 1:24-cv-00246-CEA-CHS      Document 54-13      Filed 12/17/24      Page 3 of 5
                                PageID #: 842



0

Airville, PA

(717) 862-3455

**Nederveld, Inc.**

Jason Fetterley

Grand Rapids, MI

(616) 575-5190

**Norman Scheel Structural Engineering**

Norman Scheel, P.E., S.E.

Fair Oaks, CA

(916) 536-9585

**SBCA - Structural Building Components Association**

Irving, TX

(608) 274-4849

**Simple Design, LLC**

Shane Fowler, P.E., M.Eng

Suffolk, VA.

(757) 809-3700

**Glenn O. Traylor**

Fuquay-Varina, NC

(919) 280-5905

# HONORARY MEMBERS

Honorary Members are individuals who have been selected by the TPI Board of Directors as having demonstrated sufficient interest and service in the metal plate connected wood truss industry.  TPI's Honorary Members are:




0

**Stanley Suddarth, P.E**.

(Deceased)

CONTACT US    RETURNS POLICY    PRIVACY POLICY    TERMS & CONDITIONS

Copyright 2014 -2023 Truss Plate Institute - All Rights Reserved

