# EXHIBIT 14

May we use cookies to track your activities? We take your privacy very seriously. Please see our privacy policy for details and any questions. Yes No

# ROOF TRUSSES

MiTek UK and Ireland > Products > Roof Trusses

SAVE ON MATERIALS

# ROOF TRUSSES

Roof trusses are used in the majority of new housing in the UK and Ireland and are increasingly being used in commercial and industrial settings.

A trussed rafter roof is a fully engineered structure delivering a practical and versatile roofing solution. When compared with a traditionally built roof, trussed rafters will typically deliver considerable material savings often using 40% less timber.

Manufactured offsite in factory controlled conditions, roof trusses offer immense versatility. A wide variety of truss configurations allow for a huge range of different applications, such as room in the roof (Attic) trusses, raised ceiling trusses, and scissor trusses. Trussed rafters can be manufactured in a wide range of timber sections, with larger sections allowing for big spans for a variety of commercial applications .

MiTek has the largest network of  truss manufacturers , and when dealing with a MiTek fabricator you can be confident that you are dealing with a company using the very latest in design and  engineering software , with the full backup of MiTek's exceptionally experienced support team of technical experts.

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Cookies Settings

Reject All

Accept All Cookies



# BENEFITS OF TRUSSED RAFTERS

- Suitable for a wide range of roof structures and building types
- Speed of construction allows just-in-time delivery to site
- Space saving – limited on-site storage area required
- Made of timber, the only truly renewable building resource
- Minimal environmental impact from installation
- Significant installation time savings over traditional methods of construction
- Potentially eliminate steel beams from the roof structure
- Large and complex roofscapes can be achieved
- Attic Trusses can maximise useable living space in the property
- Spans of up to 18m can be manufactured

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Case 1:24-cv-00246-CEA-CHS     Document 54-14     Filed 12/17/24     Page 3 of 5
PageID #: 847

Trussed Rafter Roof Installation Video - TRA & Stewart Milne Timber …





# FIND YOUR NEAREST ROOF TRUSS MANUFACTURER

MiTek® manufacturers use award winning software that revolutionise your truss purchasing experience. Speak to a manufacturer today.

Find a manufacturer

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

WoodEngine
PAMIR
MBA

**Presses & Lasers**
Saws

## Products

Roof Trusses
Posi-Joists

## Resources

Showcase
Knowledge Base

## About Us

News
Timeline
Careers

UK & Ireland

Grazebrook Industrial Park
Peartree Lane
Dudley
West Midlands
DY2 0XW

Tel: 01384 451400
E-mail: info@mitek.co.uk

Subscribe to the **MiTek Newsletter**

Email

First Name

Last Name

| Subscribe |
| --- |

Twitter feed is not available at the moment.

Follow us on      

© MiTek UK & Ireland 2024 | Privacy Policy | Subject Access Request | Modern Slavery Policy

Website by 

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.