# EXHIBIT 15

Data    News & Analy

Log in

**CompuTrus Inc**

| This is a profile preview from the PitchBook Platform. | ## CompuTrus Inc Overview |
|---|---|
| **Request a free trial** | Update this profile |

Year Founded
**1984** 

Status
## Acquired/Merged

| Latest Deal Type | Financing Rounds |
|---|---|
| **M&A** | **1** |

**Data on this profile**

- Overview
- Valuation & Funding
- FAQs
- Data Transparency

## CompuTrus Inc General Information

### Description

Provider of software and engineering services based in Lake Elsinore, United States. The company offers software packages including project manager, edge tracking, edge design, edge scheduler, edge cad, wall panels and gauge truss connector plates.

### Contact Information

**PitchBook also tracks**

- Competitors
- Research & Analysis
- Exits
- Investors
- Service Providers
- Acquisitions
- Patents
- Subsidiaries

| **Website** | **Primary Industry** | **Corporate Office** |
|---|---|---|
| www.co... | IT Consu... | 31945 Corydon Lake Elsinore, ... United States |
| **Ownership Status** | **Other Industries** | |
| Acquire... | Constru... | |
| **Financing Status** | **Acquirer** | |
| Corporat... | MiTek In... | |
| **Corporate Office** | | |
| 31945 C... | | |
| Lake Elsi... | | |
| United S... | | |



## Want detailed data on 3M+ companies?

What you see here scratches the surface

**Request a free trial**

## Want to dig into this profile?

We'll help you find what you need

Learn more

# CompuTrus Inc Valuation & Funding

| Deal Type | Date | Amount | Valuation/EBITDA | Post-Val | Status | Debt |
|---|---|---|---|---|---|---|



This information is available in the PitchBook Platform. To explore CompuTrus Inc's full profile, request access.

**Request a free trial**

# CompuTrus Inc FAQs

**When was CompuTrus Inc founded?**
CompuTrus Inc was founded in 1984.

**Where is CompuTrus Inc headquartered?**
CompuTrus Inc is headquartered in Lake Elsinore, CA.

**What industry is CompuTrus**



Inc in?

CompuTrus Inc's primary industry is IT Consulting and Outsourcing.

**Is CompuTrus Inc a private or public company?**

CompuTrus Inc is a Private company.

**What is CompuTrus Inc's current revenue?**

The current revenue for CompuTrus Inc is .

**When was CompuTrus Inc acquired?**

CompuTrus Inc was acquired on 01-Jan-2009.

**Who acquired CompuTrus Inc?**

CompuTrus Inc was acquired by [MiTek Industries](#).

## Data Transparency




**Meet our data hygiene team**

Discover how our experts ensure you're getting the most accurate financial data in the industry.

[Read blog »](#)

**How PitchBook sources data**

Our data operations team has logged over 3.5 million hours researching, organizing, and integrating the information you need most.

[Discover our process »](#)



| Products | Solutions | Data | News & Analysis |
|---|---|---|---|
| Chrome Extension | Asset Allocation | Advisors | Advertise |
| CRM Integration | Benchmarking | Companies | LCD News & Research |
| Direct Data | Business Development | Data Operations | News Archive |
| Excel and Powerpoint Plugins | Deal Execution | Deals | News Team |
| Morningstar Institutional Equity Research | Deal Sourcing | Debt | Newsletter |
| PitchBook Credit | Due Diligence | Financials | Report Methodologies |
| PitchBook Desktop | Fundraising | Funds | Reports |
| PitchBook Institutional Research | Networking | Investors | Research & Analysis Team |
| PitchBook Mobile | Private Market Intel | Lenders | **About** |
| Product Releases | **Blog** | Limited Partners | Careers |
|  | **Webinars** | M&A | Customer Success |
|  | **Video Library** | Professionals | Partnerships |
|  |  |  | Press Inquiries |

**PitchBook for**

Hedge Funds

Private Equity

Private Market Valuations

Startups

Venture Capital

**Profile Previews**

**How PitchBook Compares**

Case Studies

Customer Testimonials

PitchBook vs. Competitors

Pricing

What Sets Us Apart



**Follow us**

## US Headquarters

+1 (206) 623.1986
901 Fifth Avenue Suite 1200
Seattle, WA 98164

## European Headquarters

+44 (0) 20 8037.2308
1st Floor Saffron House
6-10 Kirby Street
London EC1N 8TS
United Kingdom

## Asia-Pacific Headquarters

80 Raffles Place
#41-01 UOB Plaza 1
Singapore 048624

## Contact Us

info@pitchbook.com
Request Research
Profile Request
Deal Submission

**Follow us**

© 2024 PitchBook. Win what's next. All rights reserved.

Terms of Use   Privacy Policy   California Consumer: Do Not Sell My Info

