# EXHIBIT 16

MENU



# ENGINEERING SERVICES

[ I'm looking for...                                    ] SEARCH

## RESOURCES

# ENGINEERING SERVICES

Engineering Details  |  Evaluation Reports  |  Technical Articles
Areas of Consideration (Login)  |  Engineering Issues (Login)

**MiTek Engineering** leads the industry in credibility, speed, accuracy and efficiency.

**With Professional Engineers licensed in all US states and Canadian provinces**, MiTek has strategically located its engineering offices to provide design expertise for component manufacturers across North America. Designs requiring North Carolina seals are provided by our North Carolina licensed affiliate, Truss Engineering Company (TRENCO).

By utilizing workflow and imaging technology, we have instant linkage with our customers' engineering and design departments. In jurisdictions where permitted, our customers have truss design requests processed and returned electronically or by secure PDF.

**We now provide Sealed Placement and Truss System Bracing Plans!** More contractors, engineers, and municipalities are requiring submittal of Sealed Placement and Truss System Bracing Plans for projects. We have a separate Fee-Base Professional Engineering Service to fulfill that demand versus using an outside source. Your plans are delivered by mail or electronically in one package. View this PDF for details.

Case 1:24-cv-00246-CEA-CHS     Document 54-16     Filed 12/17/24     Page 2 of 5
                                PageID #: 857

**Open Letter to Our Valued Customers:** MiTek Professional Engineering Services Provided to Component Manufacturers.  View this PDF for more information.

## ENGINEERING QUESTIONS?

314-434-1200
Mon – Fri, 8:00 am – 4:00 pm (CDT)

## EMAIL US

Full Name *

Email *

Job Title *

State *

Company *

Question or Comment

[ ] I'm not a robot

reCAPTCHA
Privacy - Terms

Send Request

## HELPFUL RESOURCES

Case 1:24-cv-00246-CEA-CHS     Document 54-16     Filed 12/17/24     Page 3 of 5
                                                PageID #: 858

View the following website for useful resources.

- Find out what code your state has adopted: [International Codes Adoption by State](#) (Opens a PDF)

- View key design parameters specified in ASCE 7 that can be used to determine design snow and wind loads for buildings and other structures: [ASCE 7 Hazard Tool](#). *(By clicking this link you will be leaving the MiTek website. MiTek is not responsible for any content on these websites.)*

# "WE'RE NOT ONLY ENGINEERING, WE'RE A CUSTOMER SERVICE DEPARTMENT."

**Scott Miller**
MiTek VP, Engineering

## STAY UP TO SPEED

MiTek provides a toolbox full of unique resources delivered straight to your inbox.

SIGN UP TODAY

    

PRIVACY | TERMS OF USE | CORPORATE | SUPPORT LOGIN

©2024 MITEK INC. ALL RIGHTS RESERVED.

Case 1:24-cv-00246-CEA-CHS   Document 54-16   Filed 12/17/24   Page 5 of 5
                             PageID #: 860