# EXHIBIT 17

SOLUTIONS    PRICING    ABOUT    BLOG    SIGN UP

# THE FUTURE OF TRUSS SOFTWARE IS HE

Design and Analyze any truss using any plate for any shop



# FAST. FLEXIBLE. FREE TO TRY.

Unlock unparalleled independence. Paragon is the first fully cloud-based truss software solution. Click below to create a free account today.

SIGN UP

Case 1:24-cv-00246-CEA-CHS    Document 54-17    Filed 12/17/24    Page 2 of 7
                                  PageID #: 862

SOLUTIONS    PRICING    ABOUT    BLOG    SIGN UP

# DESIGNED TO DELIVER.

- Design to deliverables - quickly estimate and bid projects
- Collaborate with always up to date truss files
- No site setup or remote desktop needed
- Go paperless and access anywhere
- Cross compatibility with many industry file types



# BOOST PRODUCTIVITY WITH OUR INNOVATIVE SOLUTIONS

Our tailored solutions help you optimize truss design, streamline assembly, and ensure project

| SOLUTIONS | PRICING | ABOUT | BLOG | SIGN UP | |



## PARAGON DESIGN

Quickly and efficiently design and analyze trusses using plates from multiple plate manufacturers. Paragon Design is the first cloud-based truss software that gives you the freedom to use any plate for any design for any shop. No site setup. No installs. No remote desktop needed. Experience independence with independent software.

Learn More



## PARAGON LAYOUT

Paragon Layout is an extension for Paragon Design that enables 3D layouts and truss designs, ensuring precision and efficiency in your roof and floor systems. Create, visualize and optimize truss placements, facilitate collaboration simply with a link, and enhance accuracy with our intuitive and powerful layout tool.

Learn More



## PARAGON ASSEMBLY

Paragon Assembly provides production lines read-only views of components as they are being assembled, ensuring accuracy and efficiency. Enhance coordination, reduce errors, and streamline the production process with our intuitive, real-time assembly visualization tool that is always up to date.

Learn More







## PARAGON API

| SOLUTIONS | PRICING | ABOUT | BLOG | SIGN UP | |
|---|---|---|---|---|---|

## PARAGON PROJECTS

Paragon Projects provides a collaborative platform for managing projects across your organization as well as requesting for seals and repairs. Streamline your workflow, enhance project oversight, and ensure all critical information is accessible in one place. Improve efficiency and coordination across all stages of your projects.

Learn More

## PARAGON MARKUP

Annotate, markup, and seal Truss Design drawings with ease. Features include real-time collaboration, version control, and TrussLink integration. Streamline the review process, ensure accuracy, and enhance communication across teams with our comprehensive PDF markup and sealing tool.

Learn More

Paragon is driven by understanding that shops have unique processes. We understand there are many unique shops with custom processes and needs. Enhance and grow these processes with the Paragon API without fear of losing work or progress due to swapping vendors. Leverage the power of Paragon to integrate custom solutions.

Learn More

EXPLORE SOLUTIONS

Case 1:24-cv-00246-CEA-CHS    Document 54-17    Filed 12/17/24    Page 5 of 7
                                PageID #: 865

| SOLUTIONS | PRICING | ABOUT | BLOG | SIGN UP | |

# EXPERIENCE INDEPENDENCE WITH INDEPENDENT TRUSS SOFTWARE

## TRUSTED BY INDUSTRY LEADERS





Paragon allows our production staff access to vital truss information and manipulable 3D visual representations of their components. It allows our employees to see the truss exactly as they need to build it.

### Jason Hikel

Director of IT – *Shelter Systems Limited*

## WANT ACCESS TO MORE FEATURES?

Fill out the form to apply for the Early Adopter Program

Case 1:24-cv-00246-CEA-CHS     Document 54-17     Filed 12/17/24     Page 6 of 7
PageID #: 866

| SOLUTIONS | PRICING | ABOUT | BLOG | SIGN UP | |

or sign up for news and updates

Quick Links

SOLUTIONS

PRICING

ABOUT

BLOG

CONTACT



Follow Us

X

Paragon AnyPlate    Privacy Policy    Terms & Conditions