# EXHIBIT 22

**From:** Kirk Grundahl
**Sent:** Tuesday, May 9, 2023 5:13 AM
**To:** Steve Szymanski <sszymanski@trussbracesolutions.com>; danhclearspan@gmail.com; Dan Holland <danh@clearspaninc.com>; Keith Hershey <khershey@qualtim.com>; Suzi Grundahl <sgrundahl@qualtim.com>
**Subject:** Value of the Steve-Dan-Keith-Paragon-DrJ Team - Concepts to Consider

A few thoughts to consider as we continue to think about value and cash needs for business development.

**From:** Kirk Grundahl
**Sent:** Tuesday, May 9, 2023 7:29 AM
**To:** Steve Szymanski <sszymanski@trussbracesolutions.com>; danhclearspan@gmail.com; Dan Holland <danh@clearspaninc.com>; Keith Hershey <khershey@qualtim.com>; Suzi Grundahl <sgrundahl@qualtim.com>
**Subject:** Part 2 -- Value of the Steve-Dan-Keith-Paragon-DrJ Team - Concepts to Consider

I put a few numbers onto page 2 for cash generation consideration based on the spreadsheets we created and for consideration as we move forward.
I am going to assume that my numbers are at the low end of value as a starting point given there is value to extract, particularly from the monopolies.
The $950 may be a bit high but is not a bad place to start.