# EXHIBIT 24

Case 1:24-cv-00246-CEA-CHS    Document 54-24    Filed 12/17/24    Page 1 of 4
PageID #: 886

**From:** Deloris Lanus <Deloris.Lanus@millermartin.com>
**Sent:** Thursday, May 23, 2024 2:30 PM
**To:** Kirk Grundahl <kgrundahl@qualtim.com>
**Subject:** Paragon Component Systems, LLC

**SENT ON BEHALF OF STEPHEN KABAKOFF**

Attached please find correspondence regarding the above-referenced company. If you have any questions, please feel free to contact Stephen Kabakoff at (404) 962-6494 or Stephen.Kabakoff@millermartin.com.

We look forward to hearing from you.

**Deloris Lanus**



Assistant to Joe All, Stephen Kabakoff, John David Lind, Cory McKenna, Pharan Evans and Charles Forli das

**d** (404) 962-6130
**f** (404) 962-6300
Suite 2100 | 1180 W Peachtree Street, NW | Atlanta, GA 30309



CONFIDENTIALITY                                                                                                          NOTICE
The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the addressee. If you are not the intended recipient, please be aware that any dissemination, distribution or copy of this e-mail is prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail and delete this message and any attachments. Thank you.

**From:** Kirk Grundahl
**Sent:** Wednesday, May 29, 2024 4:44 AM
**To:** stephen.kabakoff@millermartin.com
**Cc:** Deloris Lanus <Deloris.Lanus@millermartin.com>; Suzi Grundahl <sgrundahl@qualtim.com>; Jill Zimmerman <jzimmerman@qualtim.com>; Keith Hershey <khershey@qualtim.com>
**Subject:** RE: Paragon Component Systems, LLC - Requested Response from Qualtim and Inspired Pursuits

Mr. Kabakoff,
As requested below, please find attached our response along with the following:
1. Exhibits 1 to 3 provide a bit of background information that may be useful.
2. Exhibit 4 is a letter that was drafted for us to sign and send back to you, which will not be.
3. Exhibit 5 is your letter to us just to have everything in one place.
Please direct Paragon to preserve all video and audio recordings (i.e. google meet, etc.) and all email of all interactions with Qualtim, DrJ, CBI and Inspired Pursuits, LLC (IP-LLC) that they have, as deleting anything at this point despoils direct evidence.
If there are any questions please call.
Please also note that nothing contained in this email or attachments, nor any act or omission to act by IP-LLC and/or Qualtim, is intended or should be deemed a waiver or modification of any rights or remedies that IP-LLC and/or Qualtim may have at law or in equity, and all such rights are expressly reserved.
Thank you.
Kirk
608-217-3713

**From:** Stephen Kabakoff <Stephen.Kabakoff@millermartin.com>
**Sent:** Wednesday, May 29, 2024 3:10 PM
**To:** Kirk Grundahl <kgrundahl@qualtim.com>
**Cc:** Deloris Lanus <Deloris.Lanus@millermartin.com>; Suzi Grundahl <sgrundahl@qualtim.com>; Jill Zimmerman <jzimmerman@qualtim.com>; Keith Hershey <khershey@qualtim.com>
**Subject:** RE: Paragon Component Systems, LLC - Requested Response from Qualtim and Inspired Pursuits

Dear Mr. Grundahl,

Thank you for your response, including your new 23-page letter and 5 exhibits, which we have forwarded to our client. While your letter demands certain responses by 5 pm CDT today and tomorrow, this timeframe does not provide a reasonable amount of time for us to adequately review your contentions, coordinate with our client, and prepare a response, especially since these new materials appear to include additional allegations and demands relative to the original Memorandum discussed in our previous letter. To provide sufficient time to respond, we will endeavor to have our client's response to your letter and demands in the next 7-10 days or sooner if possible.

In addition, without acquiescing or agreeing to any statements or allegations in your response, and solely as a courtesy while we consider your new letter and attachments received today, our client has agreed to restore DrJ's access to the Paragon software while we analyze these materials. This courtesy is not a waiver or concession of any rights or remedies, and Paragon reserves all available rights and remedies to which it is entitled.

Please continue to address any further correspondence regarding this matter to my attention.

With best regards,
Stephen

**Stephen Kabakoff**



**d** (404) 962-6494
**f** (404) 962-6359
Suite 2100 | 1180 W Peachtree Street, NW | Atlanta, GA 30309



**From:** Kirk Grundahl
**Sent:** Thursday, May 30, 2024 11:16 AM
**To:** Stephen Kabakoff <Stephen.Kabakoff@millermartin.com>
**Cc:** Deloris Lanus <Deloris.Lanus@millermartin.com>; Suzi Grundahl <sgrundahl@qualtim.com>; Jill Zimmerman <jzimmerman@qualtim.com>; Keith Hershey <khershey@qualtim.com>
**Subject:** RE: Paragon Component Systems, LLC - Requested Response from Qualtim and Inspired Pursuits
**Importance:** High

Dear Mr. Kabakoff,

I sincerely appreciate your response. I am just about to walk out the door to attend our son's state of Wisconsin track meet so am pressed for time.

Pursuant to your email below you state "and solely as a courtesy while we consider your new letter and attachments received today, our client has agreed to restore DrJ's access to the Paragon software while we analyze these materials." As of this email being sent to you, this has not taken place. We understand the situation well, and we will have a degree of patience, yet demonstration of good faith in healing is essential to be acted upon.

In addition, to clarify one item of past communication, the March 22, 2024 memorandum that you mention in your May 23, 2024 letter was focused on violations of engineering law by Paragon, the Truss Pal website and the business and engineering concepts that DrJ Engineering and Truss Pal had to be implementing to be in compliance with professional engineering law. We have communicated regarding these violations multiple times, as is our professional engineering duty.

Please kindly keep us informed on all good faith and positive actions.

As you are aware, nothing contained in this email, nor any act or omission to act by IP-LLC and/or Qualtim, is intended or should be deemed a waiver or modification of any rights or remedies that IP-LLC and/or Qualtim may have at law or in equity, and all such rights are expressly reserved.

Thank you.

Kirk
608-217-3713

**From:** Kirk Grundahl
**Sent:** Friday, May 31, 2024 8:40 AM
**To:** Stephen Kabakoff <Stephen.Kabakoff@millermartin.com>
**Cc:** Deloris Lanus <Deloris.Lanus@millermartin.com>; Suzi Grundahl <sgrundahl@qualtim.com>; Jill Zimmerman <jzimmerman@qualtim.com>; Keith Hershey <khershey@qualtim.com>
**Subject:** RE: Paragon Component Systems, LLC - Requested Response from Qualtim and Inspired Pursuits

Dear Mr. Kabakoff,

I hope you have had a great week. I have just been informed that Paragon has re-established the data processing capabilities that our professional engineers need to undertake their professional engineering work, as efficiently as has been done in the past; in support of our professional engineering work, undertaken on behalf of Clearspan Components (CCI). In addition, this includes the data processing needed for us to undertake the engineering of "other than CCI customer's truss engineering work", which also appears to be as efficient as has existed in the past.

Thank you and I also hope you are looking forward to a fun filled weekend.

Kirk
608-217-3713