# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| PARAGON COMPONENT SYSTEMS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:24-cv-00246-CEA-CHS |
| QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL and SUZANNE GRUNDAHL, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff Paragon Component Systems, LLC and all Defendants Qualtim, Inc., DrJ Engineering, LLC, Center for Building Innovation, LLC, Inspired Pursuits, LLC, Kirk Grundahl, and Suzanne Grundahl, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), respectfully move this Court for entry of the proposed Agreed Protective Order attached as **Exhibit A**.

As grounds, the Parties submit that certain information produced during pretrial discovery in this action may be of a confidential and private nature. The Parties have conferred and agreed upon the terms of the Agreed Protective Order in order to facilitate the discovery process. Accordingly, the Parties respectfully request that the Court enter the Agreed Protective Order attached as **Exhibit A**.

*[signatures on next page]*

Respectfully submitted,

| | |
|---|---|
| s/ *Erin Steelman* | s/ *Mayville La Rosa* |

Stephen E. Kabakoff, GA Bar No. 143164, *pro hac vice*
MILLER & MARTIN PLLC
1180 W. Peachtree Street, NW
Suite 2100
Atlanta, Georgia 30309
Phone: (404) 962-6100
Stephen.Kabakoff@millermartin.com

James T. Williams, TN BPR 16341
Robert F. Parsley, TN BPR 23819
Erin E. Steelman, TN BPR 38463
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Phone: (423) 756-6600
James.Williams@millermartin.com
Bob.Parsley@millermartin.com
Erin.Steelman@millermartin.com

*Attorneys for Plaintiff Paragon Component Systems, LLC*

Mayville La Rosa, *pro hac vice*
LAW OFFICE OF MAYVILLE LA ROSA, ESQ.
718 Sugar Maple Lane
Verona, WI 53593
Phone: (608) 800-7353
mlarosa@kfinnovations.com

Michael J. Bradford, BPR #22689
LUEDEKA NEELY, P.C.
900 South Gay Street, Suite 1504
P.O. Box 1871
Knoxville, TN 37901-1871
Phone: (865) 546-4305
mbradford@luedeka.com

*Attorneys for Defendants Qualtim, Inc., DrJ Engineering, LLC, Center for Building Innovation, LLC, Kirk Grundahl, Suzanne Grundahl, and Inspired Pursuits, LLC*