# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| PARAGON COMPONENT SYSTEMS, LLC, <br>     *Plaintiffs*, <br><br> v. <br><br> QUALTIM, INC., et al., <br>     *Defendants*. | Case No. 1:24-cv-00246-CEA-CHS |

## ORDER

This matter is before the Court upon Defendants' Motion to Stay Discovery [Doc. 63]. Plaintiff also requested an opportunity to address its February 12, 2025 discovery response deadline. The Court conducted a hearing by teleconference on these matters on February 11, 2025.

Defendants aver that a stay of discovery is appropriate while the Court decides the pending Motion to Dismiss [Doc. 49] and Motion to Amend/Revise Complaint [Doc. 52], [Doc. 63 at 1-2]. Additionally, Defendants oppose an extension to Plaintiff's February 12, 2025 deadline for certain discovery responses. Plaintiff requests a two-week extension to respond to certain written discovery.

The Court finds that Defendants' request for a complete stay of discovery is unmerited for two reasons: (1) First, although Defendants argue that the issues in this case should be litigated in a different venue, the discovery to be performed in this case will be the same whether it is litigated in this Court or some other forum. The discovery being sought will ultimately be utilized regardless of where the case is litigated. (2) Second, in the event this Court stays discovery and ultimately makes a determination that this case

should not be transferred to another forum, prosecution of the case will have been delayed for no purpose.

The Court further finds that a minor extension of Plaintiff's deadline is appropriate and will not prejudice Defendants.

For the foregoing reasons, it is hereby **ORDERED** that:

1. Defendants' Motion to Stay Discovery [Doc. 63] is **DENIED**.

2. Plaintiff **SHALL RESPOND** to Defendants' interrogatories and requests for production by February 26, 2025.

**SO ORDERED** *nunc pro tunc* **to February 26, 2025.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE