UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PARAGON COMPONENT SYSTEMS, LLC<br><br>                          Plaintiff,<br><br>v.<br><br>QUALTIM INC., CENTER FOR BUILDING INNOVATION LLC DRJ ENGINEERING LLC, INSPIRED PURSUITS LLC, KIRK GRUNDAHL, SUZANNE GRUNDAHL<br><br>                          Defendants. | Case No.: 1:24-cv-00246-CEA-CHS |

## **MOTION TO PROCEED PRO SE**

COMES NOW Defendant Kirk Grundahl, pursuant to 28 U.S.C. § 1654 and Local Rule 83.4 of this Court, and respectfully moves for leave to represent himself pro se in the above-captioned matter.

In support of this motion, Defendant states as follows:

1. Defendant Kirk Grundahl is an individual party in this civil action.

2. Under federal law, specifically 28 U.S.C. § 1654, parties in federal courts have the right to "plead and conduct their own cases personally."

3. Additionally, Local Rule 83.4(c) of the Eastern District of Tennessee permits individuals to appear pro se in civil actions.

4. Defendant understands that by proceeding pro se, he will be responsible for complying with all applicable rules of procedure and evidence, and that the Court cannot provide legal advice or assistance.

5. Defendant is prepared to assume the responsibilities of self-representation and to conduct his case in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

6. Defendant's contact information is as follows:
   1130 Fairway Court
   Lake Mills, WI 53551
   608-217-3713
   kgrundahl@qualtim.com

7. This motion pertains solely to Defendant Kirk Grundahl's representation. All other defendants will continue to be represented by their respective counsel.

8. Granting this motion will not prejudice any party or delay the proceedings.

WHEREFORE, Defendant Kirk Grundahl respectfully requests that the Court grant this motion and permit him to proceed pro se in this matter.

Dated July 17, 2025. Respectfully submitted,

Kirk Grundahl
*Pro Se Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, a true and correct copy of the foregoing Motion to Proceed Pro Se was served upon all counsel of record via email.

Respectfully submitted,

Kirk Grundahl
1130 Fairway Ct.
Lake Mills, WI 53551
Phone: (608) 217-3712
kgrundahl@qualtim.com