UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PARAGON COMPONENT SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>QUALTIM INC., CENTER FOR BUILDING INNOVATION LLC DRJ ENGINEERING LLC, INSPIRED PURSUITS LLC, KIRK GRUNDAHL, SUZANNE GRUNDAHL<br><br>Defendants. | Case No.: 1:24-cv-00246-CEA-CHS |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE, that attorney Mayville La Rosa hereby withdraws her appearance as attorney in this matter for Defendant Kirk Grundahl. All remaining Defendants shall continue to be represented by attorney Mayville La Rosa.

Dated: July 17, 2025

Respectfully submitted,

/s/Mayville La Rosa
Mayville La Rosa, WI Bar 1119613
6300 Enterprise Ln.
Madison, WI 53719
Phone: (608) 800-7353
mlarosa@kfinnovations.com
*Attorney for Defendants*