# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PARAGON COMPONENT SYSTEMS, LLC, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> QUALTIM, INC., et al., ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO.: <br> 1:24-cv-00246-CEA-CHS |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that attorney Michael J. Bradford hereby withdraws his appearance as attorney in this matter for defendant Kirk Grundahl. All remaining defendants shall continue to be represented by attorney Michael J. Bradford.

Dated this 17th day of July, 2025.

                                            Respectfully submitted,

                                            LUEDEKA NEELY, P.C.

                                            By: s/Michael J. Bradford
                                                  Michael J. Bradford
                                                  P. O. Box 1871
                                                  Knoxville, TN 37901
                                                  Tel: 865-546-4305
                                                  Email: MBradford@Luedeka.com

                                                  *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/Michael J. Bradford
Michael J. Bradford
*Attorney for Defendants*