IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| PARAGON COMPONENT SYSTEMS, LLC<br>Plaintiff<br><br>v.<br><br>QUALTIM INC., CENTER FOR BUILDING INNOVATION LLC DRJ ENGINEERING LLC, INSPIRED PURSUITS LLC, KIRK GRUNDAHL, SUZANNE GRUNDAHL<br><br>Defendants | Case No.: I :24-cv-00246-CEA-CHS |

## NOTICE TO COURT REGARDING DOCUMENT 94

Defendants, by their undersigned counsel, submit this notice regarding document 94.

Defendants inadvertently filed document 94, Motion for Clarification of Order on Sealing. Pro Se litigant Kirk Grundahl is no longer represented by attorney Mayville La Rosa. Pro Se litigant Kirk Grundahl will mail the intended document to the court, and it shall be filed accordingly by the clerks of this court.

Therefore, Defendants request that the court strike document 94.

Respectfully submitted,

By:/s/*Mayville La Rosa*
Mayville La Rosa, WI Bar 1119613
6300 Enterprise Ln.
Madison, WI 53719
Phone: (608) 800-7353
Email: mlarosa@kfinnovations.com