UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PARAGON COMPONENT SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>QUALTIM INC., CENTER FOR BUILDING INNOVATION LLC DRJ ENGINEERING LLC, INSPIRED PURSUITS LLC, KIRK GRUNDAHL, SUZANNE GRUNDAHL<br><br>Defendants. | Case No.: 1:24-cv-00246-CEA-CHS |

### MOTION TO STRIKE DOCUMENT 94

COMES NOW Mayville La Rosa, attorney for Defendants Qualtim Inc., Center for Building Innovation LLC, DrJ Engineering LLC, Inspired Pursuits LLC, and Suzanne Grundahl in the above-captioned matter. Document 94, Motion for Clarification of Order for Sealing, was inadvertently filed by Mr. Grundahl's staff member under the incorrect NextGen ECF account that belonged to undersigned counsel. Attorney Mayville La Rosa files the declaration from pro se litigant Kirk Grundahl in support of this motion. Granting this motion will not prejudice any party or delay proceedings as Mr. Kirk Grundahl will file his pleading in accordance with court rules for pro se litigants.

WHEREFORE, Mayville La Rosa respectfully requests that the Court grant this motion and strike document 94 from the record.

Dated: August 25, 2025

Respectfully submitted,

MOTION TO STRIKE DOCUMENT 94
Case 1:24-cv-00246-CEA-CHS    Document 96    Filed 08/25/25    Page 1 of 2    PageID #: 1535

*/s/Mayville La Rosa*
Mayville La Rosa, WI Bar 1119613
6300 Enterprise Ln.
Madison, WI 53719
Phone: (608) 800-7353
mlarosa@kfinnovations.com
*Attorney for Defendants*