UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

PARAGON COMPONENT SYSTEMS, LLC

                Plaintiff,

v.

QUALTIM INC., CENTER FOR
BUILDING INNOVATION LLC
DRJ ENGINEERING LLC, INSPIRED
PURSUITS LLC, KIRK GRUNDAHL,
SUZANNE GRUNDAHL

                Defendants.

Case No.: 1:24-cv-00246-CEA-CHS

## DECLARATION OF KIRK GRUNDAHL IN SUPPORT OF MOTION TO STRIKE DOCUMENT 94

I, Kirk Grundahl, declare as follows:

1. My name is Kirk Grundahl. I am a competent adult over the age of 21.

2. I filed as pro se litigant as of July 17, 2025 (doc. 89).

3. I instructed an employee who has been assisting me administratively in this litigation to file my motion for clarification. The employee inadvertently used the incorrect E-Filing account and filed it under my previous attorney's E-Filing log-in as her log-in was saved in our computers.

4. I have instructed my support staff to take the necessary measures to ensure this administrative error does not happen in the future.

5. I have filed my Motion for Clarification on my own accord via mail to the court clerk in accordance with court rules for pro se litigants.

Under 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2025 within the United States.

Respectfully submitted,

Kirk Grundahl
*Pro Se Defendant*