# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF TENNESSEE

Paragon Component Systems, LLC

v.

Qualtim, Inc. et al

Case No.: 1:24-cv-00246-CEA-CHS

---

## **MOTION FOR WITHDRAWAL OF COUNSEL**

Undersigned counsel respectfully moves for leave to withdraw as attorney of record for all Defendants in the above-captioned matter.

As grounds for this motion, undersigned counsel states that she has accepted other employment and will no longer be able to represent Defendants in this matter. Withdrawal is not sought for purposes of delay. Defendants have been advised of counsel's intent to withdraw and of the need to obtain substitute counsel if they wish to continue with representation. Counsel has also provided Defendants with copies of all pleadings and correspondence necessary for the protection of their interests.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw as attorney of record for Defendants **Inspired Pursuits, LLC, Qualtim, Inc., Center for Building Innovation, LLC, DRJ Engineering, LLC, and Suzanne Grundahl** and for such other relief as the Court deems just and proper.

**Dated:** September 3, 2025

Respectfully submitted,

Mayville La Rosa, WI Bar 1119613

718 Sugar Maple Ln.,

Verona, WI 53593

(608) 800-7353

mlarosaesq@gmail.com

*Attorney for Defendants*

## **Certificate of Service**

I hereby certify that on September 3, 2025, I caused a true and correct copy of the foregoing Motion to Withdraw as Counsel to be served upon Defendants Qualtim, Inc., Inspired Pursuits, LLC, Center for Building Innovations, LLC, DRJ Engineering, LLC, Suzanne Grundahl at kgrundahl@qualtim.com and sgrundahl@qualtim.com, and all counsel of record via the Court's electronic filing system.

/s/ *Mayville La Rosa*

Mayville La Rosa