IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

PARAGON COMPONENT SYSTEMS, LLC,

  Plaintiff,

V.

QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,

  Defendants.

Case No. 1:24-cv-00246-CEA-CHS

### PARAGON'S RESPONSE IN OPPOSITION TO DEFENDANT KIRK GRUNDAHL'S MOTION FOR CLARIFICATION

  Plaintiff Paragon Component Systems, LLC responds in opposition to Defendant Kirk Grundahl's Motion for Clarification of Order on Sealing (Doc. 98). Defendant's Motion should be denied for two reasons.

  First, Defendant's Motion (Doc. 98) is an improper attempt to expand the Court's Order on Sealing (Doc. 93). The Motion does not simply ask the Court to clarify any specific aspect of its ruling. Instead, it purports to set out statements of law (albeit, inaccurate ones, e.g., as explained in Doc. 88 at 4-5) and asks the Court to make additional affirmative findings favorable to Defendants. The Court should decline to expand its Order beyond the initial scope.

  Second, Paragon has filed objections to the Magistrate Judge's Order on

Sealing (Doc. 93), respectfully challenging the legal sufficiency of his ruling on the sealing issue (Doc. 100). Paragon incorporates those objections herein by reference as further grounds for denying Defendant's request for clarification.

Respectfully submitted this 9th day of September 2025.

*s/ Stephen E. Kabakoff*

Stephen E. Kabakoff, GA Bar No. 143164,
*appearing pro hac vice*
MILLER & MARTIN PLLC
1180 W. Peachtree Street, NW
Suite 2100
Atlanta, Georgia 30309
Telephone: (404) 962-6100
Stephen.Kabakoff@millermartin.com

James T. Williams, TN BPR 16341
Erin E. Steelman, TN BPR 38463
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
James.Williams@millermartin.com
Erin.Steelman@millermartin.com

Robert F. Parsley, TN BPR 23819
BRADLEY ARANT BOULT CUMMINGS, LLP
South Building, Suite 302
1110 Market Street
Chattanooga, TN 37402
Telephone: (423) 275-4250
bparsley@bradley.com

*Attorneys for Plaintiff Paragon Component Systems, LLC*